242128

# UNITED STATES DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1547 **Case Title:** Cognos Corporation, et al. v. Adaytum Software, Inc.

**Affidavit of Movant**

I, Janie S. Mayeron, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael J. Crowley, an attorney admitted to practice in the ______ District of Massachusetts, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff(s) ( ) defendant ______ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature Janie S. Mayeron — MN Attorney License # 0069152 — Date 8/23/01

**Affidavit of Proposed Admittee**

I, Michael J. Crowley, am currently a member in good standing of the U.S. District Court for the ______ District of Massachusetts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Michael J. Crowley
Type/Print Name

Signature — Date 8/21/01

Attorney License Number: MA BBO # 641235

Law Firm Name & Address: Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110-2704

Telephone: (617-248-7000

Motion Granted: ______
For the Court: Francis E. Dosal, Clerk

Date AUG 24 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______