**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COGNOS CORPORATION and
COGNOS INCORPORATED,

Plaintiffs,

vs.

ADAYTUM SOFTWARE, INC.,

Defendant.

Civil File No. 01-1547 (JMR/FLN)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** and agreed, by and between the parties in the above-captioned action, through their respective attorneys, that the Complaint of Cognos Corporation and Cognos Incorporated against Adaytum Software, Inc., and Adaytum Software, Inc.'s Counterclaim against Cognos Corporation and Cognos Incorporated, may be dismissed with prejudice. Plaintiffs and Defendant will each bear their own attorneys' fees and costs.

Dated: August 26, 2002

TESTA, HURWITZ & THIBEAULT, LLP

By ______________________
Christian A. Aviza (BBO# 636581)
Michael J. Crowley (BBO# 641235)
125 High Street, Oliver Street Tower
Boston, MA 02110
Telephone: (617) 248-7000

Local Counsel
LEONARD, STREET & DEINARD
Janie S. Mayeron, Reg. # 0069152
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

**Attorneys for Plaintiffs**

Dated: August 29, 2002

DORSEY & WHITNEY LLP

By ______________________
Roy A. Ginsburg #123158
James D. Kremer #211461
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**Attorneys for Defendant**

**ORDER**

Based upon the foregoing stipulation, IT IS SO ORDERED.

Dated: September 9, 2002

______________________
James M. Rosenbaum
Chief Judge
United States District Court
District of Minnesota